UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 24 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kurt D. Stovall
_____
_____
(Name of the plaintiff or plaintiffs)

Highland Management Group LLC
D/B/A: Diamond
owner
Slot's, Jeff Rehrenger
& Morgan Christine
(Name of the defendant or defendants)
Supervisor Francine Lynch
("In Her Official Capisity as
a Officer for corporation

CIVIL ACTION

NO. 21-1071

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

yes kids

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is Kurt Douglas Stovall II,
whose street address is 1700 North School St, Apt 108,
(city) Bloomington (state) Illinois (ZIP) 61761
(Plaintiff's telephone number) (309) - 307-5378

3. The defendant is Owner Jeff Rehrenger, Morgan Christine, Supervisor Francie Lynch whose
street address is 20 Len Drive,
(city) Highland (state) Illinois (ZIP) 61846
(Defendant's telephone number) (___) - unknown

4. The alleged discrimination occurred at July 2020
(city) Bloomington (state) IL (ZIP) 61761

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) July, (day) 21, (year) 2020.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____

8. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __1/6/2021 see Attachment__

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☐  by failing to hire the plaintiff.

   (b) ☒  by terminating the plaintiff's employment.

   (c) ☐  by failing to promote the plaintiff.

   (d) ☐  by failing to stop harassment;

   (e) ☒  by failing to reasonably accommodate the plaintiff's disabilities.

   (f) ☒  by failing to reasonably accommodate the plaintiff's religion.

   (g) ☒  by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

   (h) ☐  by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

   (i) ☐  with respect to the compensation, terms, conditions, or privileges of employment;

   (j) ☐  other (specify): __See Attachment__

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

See Attachment

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): Speedy Trial settlement Agreement, $10,000,000 Ten-million DOLLARS.

4

_____
_____
_____
_____
_____
_____
_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Kurt Douglas Stowell_
(Plaintiff's signature)

_Kurt Douglas Stowell_
(Plaintiff's name)

_1700 N. School Street Apt 108_

_Bloomington Illinois, 61761_
(Plaintiff's street address)

(City) _Bloomington_ (State) _IL_ (ZIP) _61761_

(Plaintiff's telephone number) (_309_) – _302-5378_

                                   Date: _____

Plaintiff
KURT DOUGLAS STOVALL
1700 NORTH SCHOOL STREET, APT 108
NORMAL, ILLINOIS, 61761

V.
Defendant's
HIGHLAND MANAGEMENT GROUP LLC
d/b/a D/O/B: DIAMOND SLOT'S
Owner: JEFF, REHRERGER, & MORGAN
Supervisor: FRANCINE LYNCH ("In Her Official Capacity
As a agent for the corporation").

## STATEMENT OF CLAIM

**Count I.**

A. This complaint alleging employee plaintiffs' Kurt Douglas Stovall Americans with Disabilities Act ("ADA') underlying medical condition T.B.I. tramic brain injury whom was formerly employed by the Diamond Slot's for (1) year falsely ("Terminated for Insubordination, trespassing on their property, and placed illegal ban for he can prove he was not "); his requesting several times for identifying reasonable accommodations, as a [q]ualified, [i]ndividuals with disabilities the employer failure.

B. Plaintiff alleges upon reason and belief defendants hired plaintiff for he possess experience with slot technology/attendant due to his previous employment with at I.G.T International Gaming Tech, Reno, Nevada, as only slot assistant due to he a [q]ualified, [i]ndividuals and will accommodate Americans with Disabilities Act ("ADA') underlying medical condition.

C. Plaintiff alleges July 21, 2020 a schedule meeting at another Diamonds Slot location to certify employees' as cooks' conjunction which appeared causally disconnected terminated for insubordination to employer supervisor FRANCIE LYNCH discrimination under Title VII against employee retaliation illegal discharge under Illinois Law alleged "misconduct 602A" change of schedule for work by employer supervisor FRANCIE LYNCH August 2, 2020 from 11am to 6 pm, the remaining facts as to whether the employees was terminated release of duties, for his consistent request that his Americans with Disabilities Act ("ADA') failure identifying reasonable accommodations.

D. Plaintiff Kurt Douglas Stovall alleges July 24, 2020 employee vis email Defendant's employer Facebook filing a (Redress and Grievance Complaint), and on several time tried to contact the employer supervisor FRANCIE LYNCE, for formal or informal hearing both parties failure response in timely matter.

**Count IV Retaliation**

E. August 2, 2020 around employee plaintiffs' Kurt Douglas Stovall alleging disability discrimination under Title VII and retaliation discharges, that employer supervisor FRANCIE LYNCH directed former employees' ASHLEY SMITH, that formal employees' Kurt Douglas Stovall he is [n]ow is terminated from the property and banned from the property furthermore employee Ashley Smith informed Defendants' stated a prime example, that formal employee gender male Seth who is a white man was terminated from place of employment, no employee was never informed to inform previously employee Seth that he is not allowed back into the work place that employer did so in an attempt to resurrect or save the employer business reputation.

**Count V ILLEGAL BAN**

   a. The plaintiff Kurt Douglas Stovall is alleged claims the defendant's place illegal ban on him by defendant's FRANCINE LYNCH ("In Her Official Capacity as a agent for the corporation").authority because he prove he was not trespassing on their property without any acknowledgment of being terminated, a illegal ban against him that he is challenging the use of this sanction against him as an abuse of the defendant's failure to response to the petition of\ redress and grievance complaint, and is unconstitutional to ADA American with disabilities.

   b. The plaintiff alleges the illegal ban by the defendants' must be lifted because it is a arbitrary and capricious exercise of their discretion, and he is challenging the use of this unconstitutional sanction against him as willful abuse by defendant / employer discretion because it is an illegal and fraudulent act.

   c. The defendants' / employers' abuse their discretion against American Disabilities Act discriminating against the plaintiff Kurt Douglas Stovall; they violated both his right to due process, and violated his rights to the equal protection under the laws by using a unwritten policy to discard his preliminary job application form, this single act is shown to enforce the act, not of underlie of fraud, this act of corruption, and the act of gross injustice, committed by the Defendants' while exercising their discretion for 9 calendar days, August 2, 2020 informing plaintiffs' Kurt Douglas Stovall.

d. The Defendants' / Employers' abused their discretion under the ADA, discriminated against the plaintiffs' / employee' Kurt Douglas Stovall violated the due process rights of the plaintiffs', violated the plaintiff's fundamental rights and an equal opportunity to ADA fair employment, , violated plaintiffs' rights to redress and grievance procedure, occurring employer policy hand book. Thereby restricting the rights of both the plaintiffs' petition for redress and grievance complaint to enforce exhaustion of unemployment administrative under alleged 820 ILCS 405/602.A., verbal misconduct, and his rights to lawful, meaningful access to this Honorable Court- when they used an unwritten policy, to discard the plaintiffs' first vis email

## Count VI FAIR LABOR STANDARDS ACT.

A. Employee plaintiffs' Kurt Douglas Stovall alleging that their employer for identifying reasonable accommodations violated the federal Fair Labor Standards Act ("FLSA") local wage laws, that he and other employees' complained since January 1, 2020 he was not receiving the proper wages at 9.25 hourly till State Of Illinois by the authority of Govern March 2020.conjunction with July 1, 2020 hourly wages at 10 dollars hourly. That his last 2 pay check July 16, 2020, and July 22, 2020 pay rate 9.25 hourly. Employer failure to mail copies of pay check stub to his address that the employees' [n]o workweeks to show one of them less than the applicable minimum wages inconsistent explanations from the employer raises genuine issues.

## Count VII. DEFENDANT'S FAILURE TO UPHOLD ILLINOIS GOVERNMENTAL GAMING REGULATION EMPLOYEE AND EMPLOYER RETURN OF BUSINESS KEYS.

Plaintiff alleges action seeking damages against defendant form committing acts willful neglect, deprived plaintiff informal hearing under Diamond Slots Policy handbook return business key that defendants while acting in their capacity doing business under Illinois Gaming Regulation made a unreasonable decision of their personal property leaving plaintiff immunities from any falsely arrest, *Illegal Band*

KURT DOUGLAS STOVALL
1700 NORTH SCHOOL STREET, APT 108
BLOOMINGTON, ILLINIOS, 61761
309-309-5387

# Attention

If the court allow this case to be granted the following package is ~~be~~ the business key I mailed to defendant/employer  I feel it in the best interest of Central Federal District Court has proper legal authority return the business key to defendants please... I have been caring the business key on my body since the return date fear of being illegal arrested for willfully neglect by the defendants, and have place me in harms ways of any illegal alleges mistakes to the Bloomington Illinois police department.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL 60604
Intake Information Group: (800) 669-4000
Intake 'nformation Group TTY: (800) 669-6820
Chicago Direct Dial: (312) 872-9777
Administration Fax: (312) 588-1255
Enforcement/File Disclosure Fax: (312) 588-1260
Federal Sector Fax: (312) 588-1265
Intake Fax: (312) 588-1286
Legal Fax: (312) 588-1494
Mediation Fax: (312) 588-1498
Website: www.eeoc.gov

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 588-1260** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *__Be sure to include your name, address, phone number and EEOC charge number with your request__*.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* __Before filing a lawsuit,__ but within 90 days of your receipt of the Right to Sue, or

* __After your lawsuit has been filed.__ If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *__Respondent__* you may be granted access to the file *__only after__* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group**. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, __it is recommended that you first review your file__ to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent __in its entirety__ to the copy service, __and you will be responsible for the cost__. Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 05/20/19, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS**

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf; your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

**ATTORNEY REPRESENTATION**

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

**DESTRUCTION OF FILE**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**


---

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

**U.S. DISTRICT COURT**
Northern District of Illinois
**Eastern Division at Chicago**
219 South Dearborn Street
Chicago, IL 60604
312-435-5670

Counties: Cook, Kendall, DuPage, Lake, Grundy, LaSalle, Kane, Will

**U.S. DISTRICT COURT**
Central District of Illinois
**Urbana Division**
201 South Vine
Urbana, IL 61801
217-373-5830

Counties: Champaign, Kankakee, Coles, Macon, Douglas, Moultrie, Edgar, Piatt, Ford, Vermillion, Iroquois

**U.S. DISTRICT COURT**
Northern District of Illinois
**Western Division at Rockford**
211 South Court Street
Federal Building
Rockford, IL 61101
815-987-4355

Counties: Boone, McHenry, Carroll, Ogle, DeKalb, Stephenson, JoDaviess, Whiteside, Lee, Winnebago

**Peoria Division**
100 N.E. Monroe Street
135 Federal Building
Peoria, IL 61602
309-671-7117

Counties: Bureau, McLean, Fulton, Peoria, Hancock, Putnam, Knox, Stark, Livingston, Tazewell, Marshall, Woodford, McDonough

**U.S. DISTRICT COURT**
**Southern District of Illinois**
750 Missouri Avenue
East St. Louis, IL 62201
618-482-0671

*and*

301 Main Street
Benton, IL 62812
618-438-0671

Counties: Alexander, Johnson, Bond, Lawrence, Calhoun, Madison, Clark, Marion, Clinton, Monroe, Crawford, Perry, Cumberland, Pope, Edwards, Pulaski, Effingham, Randolph, Fayette, Richland, Franklin, St. Clair, Gallatin, Saline, Hamilton, Union, Hardin, Wabash, Jackson, Washington, Jasper, Wayne, Jefferson, White, Jersey, Williamson

**Rock Island Division**
211 19th Street
Rock Island, IL 61201
309-793-5778

Counties: Henderson, Rock Island, Henry, Warren, Mercer

**Springfield Division**
600 East Monroe Street
Springfield, IL 62701
217-492-4020

Counties: Adams, Logan, Brown, Macoupin, Cass, Mason, Christian, Menard, DeWitt, Montgomery, Green, Morgan, Pike, Schuyler, Shelby

EEOC Form 161 (11/16)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Kurt Stovall<br>1700 N. School St<br>Apt 108<br>Normal, IL 61761 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2020-06066 | Gregory T. Mucha,<br>Investigator | (312) 872-9686 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/np*    1/6/2021

Enclosures(s)    **Julianne Bowman,**    *(Date Mailed)*
**District Director**

cc:    **DIAMOND'S SLOTS & VIDEO POKER**
c/o Rochelle A. Funderburg
Meyer Capel, a Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL 61826



Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 05267005 |
| Entity Name | HIGHLAND MANAGEMENT GROUP, LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
1903 N NEIL ST STE C
CHAMPAIGN, IL 618200000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Thursday, 23 April 2015

**Jurisdiction**
IL

**Duration**
PERPETUAL

## Agent Information

Name
JEFF REHBERGER

Address
1903 N NEIL ST STE C
CHAMPAIGN , IL 61820

Change Date
Wednesday, 19 August 2015

## Annual Report

For Year
2020

Filing Date
Monday, 20 April 2020

## Managers

Name
Address
REHBERGER, JEFF
20 LEN DRIVE
HIGHLAND, IL 62249

Name
Address
MORGAN, CHRISTINE
20 LEN DR
HIGHLAND, IL 618200000

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.    Tue Feb 09 2021



From: Kurt Douglas Stovall
1700 N School St. Apt 108
Bloomington, IL 61761

TO: United States District Court
Central District of Illinois
305 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602